Serial: **262339**

## IN THE SUPREME COURT OF MISSISSIPPI

## No. 2026-JP-00402-SCT

*MISSISSIPPI COMMISSION ON*
*JUDICIAL PERFORMANCE*

*v.*

*AELICIA THOMAS*

**FILED**

APR 1 6 2026

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

## EN BANC ORDER

This judicial performance matter is before the *en banc* Court on the Commission's Recommendation for Interim Suspension by the Mississippi Commission on Judicial Performance for an immediate interim suspension of Bolivar County Court Judge Aelicia Thomas, with pay, from all of her judicial duties as a Bolivar County Court Judge pending completion of further investigation by the Commission and before the Court. The Commission moves that the Court's action "be sealed and remain confidential pending further investigation by the Commission." Having considered the recommendation and its related documents and the applicable provisions of Miss. Const. art. 6, § 177A, Miss. Code Ann. § 9-19-13 (Rev. 2019), and the Rules of the Mississippi Commission on Judicial Performance, the Court finds that the recommendation should be granted. The Court further finds that this order shall not be sealed or remain confidential, but all information pertinent to this matter shall remain confidential pending final resolution.

IT IS, THEREFORE, ORDERED that Bolivar County Court Judge Aelicia Thomas is hereby immediately suspended, with pay, from all of her judicial duties as a Bolivar County Court Judge. This suspension is effective immediately and shall remain in effect pending further order of this Court.

IT IS, FURTHER, ORDERED that the Commission's motion that this order be sealed and remain confidential is denied.

IT IS, FURTHER, ORDERED that the Clerk of this Court is directed to send copies of this order to the Mississippi Commission on Judicial Performance, Bolivar County Court Judge Aelicia Thomas, and the Bolivar County Circuit Clerk.

SO ORDERED, this the 16th day of April, 2026.

_____
DAVID M. ISHEE, JUSTICE


TO GRANT: KING AND COLEMAN, P.JJ., ISHEE, GRIFFIS, SULLIVAN, AND BRANNING, JJ.

NOT PARTICIPATING: RANDOLPH, C.J.

2